UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

DAVID COOKE,

        Plaintiff,

    v.

DITECH FINANCIAL LLC,

Defendant.

---

Case No.: 2:16-cv-03763-GJP

## STIPULATION OF DISMISSAL

Plaintiff, David Cooke ("Plaintiff"), and Defendant, Ditech Financial, LLC ("Defendant"), through their undersigned Counsel hereby file this Stipulation of Dismissal and respectfully request that all claims entered by any party to this action be dismissed with prejudice and without cost to any party.

Respectfully Submitted,

BY:    *s/ Jeremy M. Glapion*
Jeremy Glapion, Esq.
Glapion Law Firm
1704 Maxwell Drive
Wall, NJ 07719
(732) 455-9737 (tel)
jmg@glapionlaw.com
Attorney for Plaintiff

BY:    */s/ Michael P. Trainor*
Michael P. Trainor, Esq.
Blank Rome, LLP
130 N. 18th St.
Philadelphia, PA 19103
(215) 569-5748 (tel)
mtrainor@blankrome.com
Attorney for Defendant